# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOSEPH DELORENZO, and <br> JOAN DELORENZO, <br>     Plaintiffs <br><br> v. <br><br> WOOD'S HOLE, MARTHA'S <br> VINEYARD AND NANTUCKET <br> STEAMSHIP AUTHORITY <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil action No. |

## PLAINTIFFS' COMPLAINT AND DEMAND FOR A JURY TRIAL

Now come the Plaintiffs, Joseph DeLorenzo and Joan DeLorenzo, and for their Complaint against the Defendant, Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority, state as follows:

### *THE PARTIES*

1. The Plaintiff, Joseph DeLorenzo, is a natural person and resident of Jackson, New Hampshire.

2. The Plaintiff, Joan DeLorenzo, is a natural person and resident of Jackson, New Hampshire.

3. The Plaintiffs are husband and wife.

4. The Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, is a body politic, duly organized and existing under the laws of the Commonwealth of Massachusetts, with its principal place of business in Wood's Hole, County of Barnstable, Commonwealth of Massachusetts.

### *JURISDICTION*

5. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1332, as there is a complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00.

6. In the alternative, this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333.

### *GENERAL FACTUAL ALLEGATIONS*

7. On or about June 16, 2017, the Plaintiff, Joseph DeLorenzo, was a passenger lawfully aboard the M/V IYANOUGH.

8. On or about June 16, 2017, the Plaintiff, Joan DeLorenzo, was a passenger lawfully aboard the M/V IYANOUGH

9. On or about June 16, 2017, the Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, owned the M/V IYANOUGH.

10. On or about June 16, 2017, the Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, chartered the M/V IYANOUGH from some other person or entity such that on or about June 16, 2017, the Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, was the owner *pro hac vice* of the M/V IYANOUGH.

11. On or about June 16, 2017, the Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, or its agents, servants, and/or employees, operated the M/V IYANOUGH.

12. On or about June 16, 2017, the Defendant, Wood's Hole Martha's Vineyard and Nantucket Steamship Authority, or its agents, servants, and/or employees, controlled the

M/V IYANOUGH.

13. On or about June 16, 2017, the M/V IYANOUGH was in navigable waters.

14. On or about June 16, 2017, the M/V IYANOUGH allided with a rock jetty while approaching Hyannis.

15. On or about June 16, 2017, while a passenger aboard the M/V IYANOUGH, the Plaintiff, Joseph DeLorenzo, sustained personal injuries when the vessel struck a rock jetty.

16. On or about June 16, 2017, while a passenger aboard the M/V IYANOUGH, the Plaintiff, Joan DeLorenzo, sustained personal injuries when the vessel struck a rock jetty.

17. Prior to and at the time Joseph DeLorenzon and Joan DeLorenzo sustained the above-mentioned personal injuries, the Plaintiffs were exercising due care.

*COUNT I—NEGLIGENCE*
*Joseph DeLorenzo v. Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority*

18. The Plaintiff, Joseph DeLorenzo, reiterates the allegations set forth in paragraphs 1-17 above.

19. The personal injuries sustained by the Plaintiff, Jospeh DeLorenzo, were not caused by any fault on his part but were caused by the negligence of the Defendant, Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority.

20. As a result of said personal injuries, the Plaintiff, Joseph DeLorenzo, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain further damages as will be shown at trial.

**WHEREFORE**, the Plaintiff, Joseph DeLorenzo, demands judgment against the Defendant, Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority, in an amount to be determined by a jury, together with interests and costs.

<u>COUNT II—NEGLIGENCE</u>
<u>Joan DeLorenzo v. Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority</u>

21. The Plaintiff, Joan DeLorenzo, reiterates the allegations set forth in paragraphs 1-17 above.

22. The personal injuries sustained by the Plaintiff, Joan DeLorenzo, were not caused by any fault on her part but were caused by the negligence of the Defendant, Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority.

23. As a result of said personal injuries, the Plaintiff, Joan DeLorenzo, has suffered pain of body and anguish of mind, lost time from her usual work and pursuits, incurred medical expenses, and has sustained and will sustain further damages as will be shown at trial.

**WHEREFORE**, the Plaintiff, Joan DeLorenzo, demands judgment against the Defendant, Wood's Hole, Martha's Vineyard and Nantucket Steamship Authority, in an amount to be determined by a jury, together with interests and costs.

**THE PLAINTIFFS CLAIM TRIAL BY JURY AS TO ALL ISSUES RAISED IN THEIR COMPLAINT**

Respectfully submitted for the
the Plaintiffs, Joseph and Joan
DeLorenzo, by their
attorney,

Dated:  June 9, 2020

/s/ Jonathan E. Gilzean
Carolyn M. Latti, BBO # 567394
Jonathan E. Gilzean, BBO # 679164
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
(617) 523-1000